UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE RENFROE,

      Plaintiff,

                                      Case No. 1:12-cv-953

v.

                                      HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.


Date:  May 28, 2013                                             /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District