UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE RENFROE,

    Plaintiff,

v.

Case No. 1:12-cv-953

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of the defendant and against the plaintiff.

Date: May 28, 2013

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District